**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **US Real Estate Equity Builder LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4263014** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2104 W 125th St** <br> **Leawood, KS 66209** <br> Number, Street, City, State & ZIP Code | **440 E 63rd St** <br> **Kansas City, MO 64110** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Johnson** <br> County | **Location of principal assets, if different from principal place of business** <br> **Business is owned by the "Red, White, and Blue Trust," a Kansas entity (ID: 82-6348137) at 2104 W 125th St, Leawood KS. Leawood, KS 66209** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5311_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 2, 2020**
MM / DD / YYYY

**X** **/s/ Sean Tarpenning**
Signature of authorized representative of debtor

**Sean Tarpenning**
Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ George J Thomas**
Signature of attorney for debtor

Date  **October 2, 2020**
MM / DD / YYYY

**George J Thomas 19230**
Printed name

**Phillips & Thomas LLC**
Firm name

**5200 W 94th Terrace  Suite 200**
**Prairie Village, KS 66207-2521**
Number, Street, City, State & ZIP Code

Contact phone  **913-385-9900**        Email address

**19230 KS**
Bar number and State

Fill in this information to identify the case:

| Debtor name | US Real Estate Equity Builder LLC |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Besaid LLC** **16875 SW 65th Ave** **No 317** **Lake Oswego, OR 97035** | | **line of credit** | | | | **$135,000.00** |
| **Cabana Properties LLC** **9 Fox Vale Ln** **Nashville, TN 37221** | | **line of credit** | | | | **$70,000.00** |
| **Christopher Reid Investments** **3019 Issawuah Lake Rd** **No 215** **Sammamish, WA 98075** | | **line of credit** | | | | **$120,000.00** |
| **Ernie Tomas** **4302 W 125th Terr** **Leawood, KS 66209** | | **line of credit** | | | | **$498,000.00** |
| **Gatsby Group LLC** **2212 Queen Anne Ave** **No 137** **Seattle, WA 98109** | | **line of credit** | | | | **$100,000.00** |
| **Guardians of Travel LLC** **PO Box 22866** **Kansas City, MO 64113** | | **line of credit** | | | | **$777,750.00** |
| **Heavenly Homes & Castles LLC** **467 Squaw Brook Rd** **Haledon, NJ 07508** | | **line of credit** | | | | **$80,000.00** |
| **James & Vicki Tholen** **922 N Chestnut Iola, KS 66749** | | **line of credit** | | | | **$170,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kraan Investments PO Box 6083 Saint Joseph, MO 64506 | | line of credit | | | | $140,000.00 |
| Kraan Memphis LLC PO Box 6083 Saint Joseph, MO 64506 | | line of credit | | | | $220,000.00 |
| Metropolitan Housing PO Box 5322 Kansas City, MO 64131 | | line of credit | | | | $100,000.00 |
| Nate Dunn PO Box 764 Iola, KS 66749 | | line of credit | | | | $150,000.00 |
| ONB Real Estate Inc 3020 Issaquah Lake Rd No 215 Sammamish, WA 98075 | | line of credit | | | | $119,000.00 |
| Peerstreet (FCI) 2121 Park Pl No 250 El Segundo, CA 90240-5000 | | Property located at 440 E 63rd St, Kansas City MO | | $937,500.00 | $800,000.00 | $137,500.00 |
| Peerstreet FCI 2121 Park Pl No 250 El Segundo, CA 90245 | | Property located at 7410 Sri A Bar Rd, Kansas City MO | | $780,000.00 | $500,000.00 | $280,000.00 |
| Schneider Bailey 11014 E Truman Rd Independence, MO 64052 | | line of credit | | | | $541,000.00 |
| Taylor Strategic Loan 7157 171st Ave SE Bellevue, WA 98006 | | line of credit | | | | $3,276,000.00 |
| Toshner Holding 2213 Queen Anne Ave Seattle, WA 98109 | | line of credit | | | | $1,725,000.00 |
| USA Regrowth Fund LLC 16869 SW 65th Ave No 317 Lake Oswego, OR 97035 | | line of credit | | | | $530,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Zach LeMaster 1519 Barberry Ridge Cheyenne, WY 82009** | | **line of credit** | | | | **$400,000.00** |

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **Checking account at Core First Bank** | **Business checking** | | **$2,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$2,000.00** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office computer equipment | $0.00 | | $2,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | $2,000.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ■ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Property located at 3200 W 121st Terr, Leawood KS** | fee simple | $0.00 | | $375,000.00 |
| 55.2.   **Property located at 310 S Jeffrson St, Dayton OH** | fee simple | $0.00 | | $350,000.00 |
| 55.3.   **Property located at 5342 Clark Dr, Roeland Park KS** | fee simple | $0.00 | | $450,000.00 |
| 55.4.   **Property located at 4740 Roanoke Pkway, No 901, Kansas City MO** | fee simple | $0.00 | | $400,000.00 |
| 55.5.   **Property located at 440 E 63rd St, Kansas City MO** | fee simple | $0.00 | | $800,000.00 |
| 55.6.   **Property located at 2944 W 118th Terr, Leawood KS** | fee simple | $0.00 | | $1,200,000.00 |
| 55.7.   **Property located at 411 W 46th Terr Unit 1004, Kansas City MO** | fee simple | $0.00 | | $400,000.00 |
| 55.8.   **Property located at 7410 Sri A Bar Rd, Kansas City MO** | | $0.00 | | $500,000.00 |
| 55.9.   **Property located at 1205 W 75th Terr Kansas City Mo** | fee simple | $0.00 | | $350,000.00 |
| 55.10.   **Property located at 4512 W 69th Terr Prairie Village KS** | fee simple | $0.00 | | $450,000.00 |

| 55.11 | Assorted office furniture | | $0.00 | | $2,000.00 |
| --- | --- | --- | --- | --- | --- |

**56.**    **Total of Part 9.**                                                    $5,277,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
| --- | --- | --- |
| **71.** | **Notes receivable**  Description (include name of obligor) | |
| **72.** | **Tax refunds and unused net operating losses (NOLs)**  Description (for example, federal, state, local) | |
| **73.** | **Interests in insurance policies or annuities** | |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.** | **Trusts, equitable or future interests in property** | |
| **77.** | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership  **Potential civil claims againts Anchor Loan, Aloha, and Peerstreet** | Unknown |

**78.**    **Total of Part 11.**                                                    $0.00

Add lines 71 through 77. Copy the total to line 90.

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
□ Yes

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................> | | $5,277,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,000.00 | + 91b. $5,277,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,281,000.00 |

Debtor name **US Real Estate Equity Builder LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Anchor** Creditor's Name **5230 Las Virgenes Rd Unit 105 Calabasas, CA 91302** Creditor's mailing address | Describe debtor's property that is subject to a lien **Property located at 3200 W 121st Terr, Leawood KS** | $328,500.00 | $375,000.00 |

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** **Anchor** Creditor's Name **5230 Las Virgenes Rd Unit 105 Calabasas, CA 91302** Creditor's mailing address | Describe debtor's property that is subject to a lien **Property located at 2944 W 118th Terr, Leawood KS** | $693,750.00 | $1,200,000.00 |

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Lima One Capital** | Describe debtor's property that is subject to a lien | $255,349.00 | $450,000.00 |
|---|---|---|---|---|

Creditor's Name

**201 East McBee Ave Ste 300 Greenville, SC 29601**

Creditor's mailing address

**Property located at 4512 W 69th Terr Prairie Village KS**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Peerstreet (FCI)** | Describe debtor's property that is subject to a lien | $318,750.00 | $400,000.00 |
|---|---|---|---|---|

Creditor's Name

**2121 Park Pl No 250 El Segundo, CA 90246**

Creditor's mailing address

**Property located at 4740 Roanoke Pkway, No 901, Kansas City MO**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Peerstreet (FCI)** | Describe debtor's property that is subject to a lien | $937,500.00 | $800,000.00 |
|---|---|---|---|---|

Creditor's Name

**2121 Park Pl No 250 El Segundo, CA 90240-5000**

Creditor's mailing address

**Property located at 440 E 63rd St, Kansas City MO**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 5

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Peerstreet FCI** | Describe debtor's property that is subject to a lien | $352,500.00 | $450,000.00 |

Creditor's Name

**2121 Park Pl
No 250
El Segundo, CA 90245**
Creditor's mailing address

**Property located at 5342 Clark Dr, Roeland Park KS**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Peerstreet FCI** | Describe debtor's property that is subject to a lien | $356,250.00 | $400,000.00 |

Creditor's Name

**2121 Park Pl
No 250
El Segundo, CA 90245**
Creditor's mailing address

**Property located at 411 W 46th Terr Unit 1004, Kansas City MO**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Peerstreet FCI** | Describe debtor's property that is subject to a lien | $780,000.00 | $500,000.00 |

| Creditor's Name | |
|---|---|
| **2121 Park Pl**<br>**No 250**<br>**El Segundo, CA 90245**<br>Creditor's mailing address | **Property located at 7410 Sri A Bar Rd, Kansas City MO** |

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Peerstreet FCI** | **Describe debtor's property that is subject to a lien** | $273,750.00 | $350,000.00 |
|---|---|---|---|---|

Creditor's Name

**2121 Park Pl**
**No 250**
**El Segundo, CA 90245**
Creditor's mailing address

**Property located at 1205 W 75th Terr Kansas City Mo**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Winblad** | **Describe debtor's property that is subject to a lien** | $188,221.00 | $350,000.00 |
|---|---|---|---|---|

Creditor's Name

**980 E Shoop Rd**
**Tipp City, OH 45371**
Creditor's mailing address

**Property located at 310 S Jeffrson St, Dayton OH**

**Describe the lien**
mortgage

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

�a☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** |

$4,484,570.0
0

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Sean Tarpenning**<br>**2104 W 125th St**<br>**Leawood, KS 66209** | Line   **2.1** | |

Debtor name **US Real Estate Equity Builder LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,000.00** | **$5,000.00** |
|---|---|---|---|---|

**City of Kansas City Missouri
Revenue Division
414 E 12th St
Kansas City, MO 64106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30,000.00** | **$30,000.00** |
|---|---|---|---|---|

**IRS
PO Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case 20-21358    Doc# 1    Filed 10/02/20    Page 19 of 48

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Jackson County Collector**
**Assessment Division**
**308 W Kansas  Ste 106**
**Independence, MO 64050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 to 2019**

Basis for the claim:
**property tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Johnson County**
**Delinquent Tax Dept**
**125 N Cherry**
**Olathe, KS 66061**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 to 2019**

Basis for the claim:
**property taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,000.00** | **$10,000.00** |
|---|---|---|---|---|

**Missouri Department of Revenue**
**Taxation Bureau**
**PO Box 385**
**Jefferson City, MO 65105-0385**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 to 2019**

Basis for the claim:
**income taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,000.00** | **$8,000.00** |
|---|---|---|---|---|

**Missouri Dept of Labor**
**Division of Employment Securit**
**PO Box 59**
**Jefferson City, MO 65104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address

**Montgomery County Treasurer**
**451 W 3rd St**
**PO Box 972**
**Dayton, OH 45422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred
**2017 to 2019**

Basis for the claim:
**property tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Aloha LOC**
**4676 Broadway**
**2nd Floor**
**Boulder, CO 80304**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **foreclosure deficiency**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Anchor**
**5230 Las Virgenes Rd**
**Unit 105**
**Canoga Park, CA 91305**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **foreclosure deficiency**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Besaid  LLC**
**16875 SW 65th Ave No 317**
**Lake Oswego, OR 97035**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$135,000.00**

Date(s) debt was incurred **2018**

Last 4 digits of account number __

Basis for the claim: **line of credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

**Cabana Properties LLC**
**9 Fox Vale Ln**
**Nashville, TN 37221**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$70,000.00**

Date(s) debt was incurred **2019**

Last 4 digits of account number __

Basis for the claim: **line of credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

**Capital Concepts LLC**
**16872 SW 65th Ave No 317**
**Lake Oswego, OR 97035**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$50,000.00**

Date(s) debt was incurred **2019**

Last 4 digits of account number __

Basis for the claim: **line of credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cherokee Investments**
7611 Stte Line rd
Ste 112
Kansas City, MO 64114

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **foreclosure deficiency**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,000.00** |
|---|---|---|---|

**Christopher Reid Investments**
3019 Issawuah Lake Rd
No 215
Sammamish, WA 98075

Date(s) debt was incurred  **2019**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **line of credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Duggan Shadwick Doerr et al**
9101 W 110th St
No 200
Overland Park, KS 66210

Date(s) debt was incurred  **2019**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **legal services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$498,000.00** |
|---|---|---|---|

**Ernie Tomas**
4302 W 125th Terr
Leawood, KS 66209

Date(s) debt was incurred  **2019**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **line of credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Evergy**
PO Box 219330
Kansas City, MO 64121

Date(s) debt was incurred  **2020**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **utility bill**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,000.00** |
|---|---|---|---|

**Fishjack Holdings LLC**
38 Clifford St
Glen Wverly
Victoria 3150 Australia

Date(s) debt was incurred  **2019**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **line of credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Gatsby Group LLC**
2212 Queen Anne Ave
No 137
Seattle, WA 98109

Date(s) debt was incurred  **2017**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **line of credit**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $777,750.00 |
|---|---|---|---|

**Guardians of Travel LLC**
**PO Box 22866**
**Kansas City, MO 64113**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **line of credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,000.00 |
|---|---|---|---|

**Heavenly Homes & Castles LLC**
**467 Squaw Brook Rd**
**Haledon, NJ 07508**

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **line of credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170,000.00 |
|---|---|---|---|

**James & Vicki Tholen**
**922 N Chestnut**
**Iola, KS 66749**

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **line of credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Johnson County Wastewater**
**PO Box 219948**
**Kansas City, MO 64121-9948**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**Kelus LLC**
**214 Biinalong Rd**
**Belimbla Park**
**New South Wales 2570 Australia**

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **line of credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,000.00 |
|---|---|---|---|

**Kraan Investments**
**PO Box 6083**
**Saint Joseph, MO 64506**

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **line of credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220,000.00 |
|---|---|---|---|

**Kraan Memphis LLC**
**PO Box 6083**
**Saint Joseph, MO 64506**

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **line of credit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**Lankford & Fendler**
1730 Walnut
Kansas City, MO 64108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**McDowell Rice Smith Buchanan**
605 W 47th St No. 350
Kansas City, MO 64112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Metropolitan Housing**
PO Box 5322
Kansas City, MO 64131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **line of credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Nate Dunn**
PO Box 764
Iola, KS 66749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **line of credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |
|---|---|---|---|

**ONB Real Estate Inc**
3020 Issaquah Lake Rd
No 215
Sammamish, WA 98075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **line of credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $541,000.00 |
|---|---|---|---|

**Schneider Bailey**
11014 E Truman Rd
Independence, MO 64052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **line of credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**Sepibus US Inv LLC**
Chlet Le Hibov
Route DesEsserts 74 Leysin VD
Switzerland 1854

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **line of credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 20-21358    Doc# 1    Filed 10/02/20    Page 24 of 48

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Spire**
**3420 Broadway Blvd**
**Kansas City, MO 64111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

Basis for the claim: __utility__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,276,000.00** |
|---|---|---|---|

**Taylor Strategic Loan**
**7157 171st Ave SE**
**Bellevue, WA 98006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2016-2018__

Basis for the claim: __line of credit__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,725,000.00** |
|---|---|---|---|

**Toshner Holding**
**2213 Queen Anne Ave**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2017-2018__

Basis for the claim: __line of credit__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$530,000.00** |
|---|---|---|---|

**USA Regrowth Fund LLC**
**16869 SW 65th Ave No 317**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2018__

Basis for the claim: __line of credit__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Water One**
**10747 Renner Rd**
**Shawnee Mission, KS 66219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

Basis for the claim: __utility__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400,000.00** |
|---|---|---|---|

**Zach LeMaster**
**1519 Barberry Ridge**
**Cheyenne, WY 82009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2019__

Basis for the claim: __line of credit__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | US Real Estate Equity Builder LLC | Case number (if known) | |
|--------|-----------------------------------|------------------------|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Special Procedures Branch**<br>**271 W 3rd St N  Ste 3000**<br>**STOP 5333 WIC**<br>**Wichita, KS 67202** | Line  **2.2**<br><br>☐  Not listed. Explain ____ | _ |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                53,000.00 |
| **5b. Total claims from Part 2** | 5b.  **+** $ | 9,447,450.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 9,500,450.00 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest     **One year lease** | |
|     State the term remaining   **11 months** | **Courtney House** |
|     List the contract number of any government contract | **3200 W 121st St** **Leawood, KS 66206** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest     **One year lease** | |
|     State the term remaining   **11 months** | **Erin McKinney** |
|     List the contract number of any government contract | **5342 Clark Dr** **Mission, KS 66205** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest     **One year lease** | |
|     State the term remaining   **11 months** | **Nate Dunn** |
|     List the contract number of any government contract | **5 W 61st Terr** **Kansas City, MO 64110** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest     **One year lease** | |
|     State the term remaining   **11 months** | **Occupant** |
|     List the contract number of any government contract | **5338 Clark Dr** **Mission, KS 66205** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **One year lease** | |
|---|---|---|---|
| | State the term remaining | **11 months** | |
| | List the contract number of any government contract | | **Richard Schlagle**<br>**2117 S 11th St**<br>**Saint Joseph, MO 64503** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **One year lease** | |
|---|---|---|---|
| | State the term remaining | **11 months** | |
| | List the contract number of any government contract | | **V. Cairns**<br>**4005 SW 22nd St**<br>**Blue Springs, MO 64015** |

Fill in this information to identify the case:

Debtor name **US Real Estate Equity Builder LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Sean Tarpenning** | **2104 W 125th St**<br>**Leawood, KS 66209** | **Anchor** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Sean Tarpenning** | **2104 W 125th St**<br>**Leawood, KS 66209** | **Anchor** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Sean Tarpenning** | **2104 W 125th St**<br>**Leawood, KS 66209** | **Lima One Capital** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Sean Tarpenning** | **2104 W 125th St**<br>**Leawood, KS 66209** | **Peerstreet (FCI)** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Sean Tarpenning** | **2104 W 125th St**<br>**Leawood, KS 66209** | **Peerstreet (FCI)** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Sean Tarpenning | 2104 W 125th St<br>Leawood, KS 66209 | Peerstreet FCI | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Sean Tarpenning | 2104 W 125th St<br>Leawood, KS 66209 | Peerstreet FCI | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Sean Tarpenning | 2104 W 125th St<br>Leawood, KS 66209 | Peerstreet FCI | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Sean Tarpenning | 2104 W 125th St<br>Leawood, KS 66209 | Peerstreet FCI | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Sean Tarpenning | 2104 W 125th St<br>Leawood, KS 66209 | Guardians of Travel LLC | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.11 | Sean Tarpenning | 2104 W 125th St<br>Leawood, KS 66209 | Metropolitan Housing | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.12 | Sean Tarpenning | 2104 W 125th St<br>Leawood, KS 66209 | USA Regrowth Fund LLC | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.13 | Sean Tarpenning | 2104 W 125th St<br>Leawood, KS 66209 | Capital Concepts LLC | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Sean Tarpenning** | 2104 W 125th St<br>Leawood, KS 66209 | **Besaid  LLC** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.15 | **Sean Tarpenning** | 2104 W 125th St<br>Leawood, KS 66209 | **Cabana Properties LLC** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.16 | **Sean Tarpenning** | 2104 W 125th St<br>Leawood, KS 66209 | **Christopher Reid Investments** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.17 | **Sean Tarpenning** | 2104 W 125th St<br>Leawood, KS 66209 | **Ernie Tomas** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.18 | **Sean Tarpenning** | 2104 W 125th St<br>Leawood, KS 66209 | **Fishjack Holdings LLC** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.19 | **Sean Tarpenning** | 2104 W 125th St<br>Leawood, KS 66209 | **James & Vicki Tholen** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.20 | **Sean Tarpenning** | 2104 W 125th St<br>Leawood, KS 66209 | **Kelus LLC** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.21 | **Sean Tarpenning** | 2104 W 125th St<br>Leawood, KS 66209 | **Kraan Investments** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22 | Sean Tarpenning<br>2104 W 125th St<br>Leawood, KS 66209 | Kraan Memphis LLC | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.23 | Sean Tarpenning<br>2104 W 125th St<br>Leawood, KS 66209 | Nate Dunn | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.24 | Sean Tarpenning<br>2104 W 125th St<br>Leawood, KS 66209 | Schneider Bailey | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.25 | Sean Tarpenning<br>2104 W 125th St<br>Leawood, KS 66209 | Sepibus US Inv LLC | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.26 | Sean Tarpenning<br>2104 W 125th St<br>Leawood, KS 66209 | Zach LeMaster | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.27 | Sean Tarpenning<br>2104 W 125th St<br>Leawood, KS 66209 | Toshner Holding | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |
| 2.28 | Sean Tarpenning<br>2104 W 125th St<br>Leawood, KS 66209 | Taylor Strategic Loan | ☐ D _____<br>■ E/F __3.28__<br>☐ G _____ |

Debtor name  **US Real Estate Equity Builder LLC**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................. $    **5,277,000.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................................. $    **4,000.00**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................................. $    **5,281,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **4,484,570.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $    **53,000.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **9,447,450.00**

4.  **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b
      $    **13,985,020.00**

Debtor name    **US Real Estate Equity Builder LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 2, 2020**     X **/s/ Sean Tarpenning**
                                         Signature of individual signing on behalf of debtor

                                         **Sean Tarpenning**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **US Real Estate Equity Builder LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$253,000.00** |
   | **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$340,000.00** |
   | **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$3,279,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Aloha LOC<br>4676 Broadway<br>2nd Floor<br>Boulder, CO 80304 | 3528 Woodland Ave, Kasnas City MO. Property went back to lender. | 7/8/2020 | $70,000.00 |
| Anchor<br>5230 Las Virgenes Rd<br>Unit 105<br>Calabasas, CA 91302 | 6505 State Line Rd, Kansas City MO. Property went back to lender | 7/6/2020 | $635,000.00 |
| Anchor<br>5230 Las Virgenes Rd<br>Unit 105<br>Calabasas, CA 91302 | 5 W 61st St, Kansas City MO.  Property went back to lender | 7/6/2020 | $15,000.00 |
| Cherokee Investments<br>7611 Stte Line rd<br>Ste 112<br>Kansas City, MO 64114 | 3901--3923 Linwood Blvd, Kansas City MO. Property went back to lender. | 7/6/2020 | $330,001.00 |
| Anchor<br>5230 Las Virgenes Rd<br>Unit 105<br>Calabasas, CA 91302 | Property at 2117 S 11th St in St. Joseph Mo | 7/6/2020 | $50,000.00 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Aloha Capital v. US Reeb LLC<br>2020CV1764 | collection | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Winblad v. US Reeb LLC<br>2020CV2104 | collection | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Anchor Loans v. 1 Big Red<br>LLC et al<br>20CV02592 | foreclosure | Johnson County District<br>Courrt | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Anchor Loans v. 1 Big Red<br>LLC et al<br>20CV02592 | foreclosure | Johnson County District<br>Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Anchor Loans v. 1 Big Red<br>LLC et al<br>2020CV02592 | foreclosure | Johnson County District<br>Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Anchor Loans v. US REEB et<br>al<br>20CV02411 | foreclosure | Johnson County District<br>Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Anchor Loans v. US REEB et<br>al<br>20CV02411 | foreclosure | Johnson Count District<br>Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Anchor Loans v. US REEB et<br>al<br>20CV02411 | foreclosure | Johnson County District<br>Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Phillips & Thomas LLC**<br>**5200 W 94th Terrace  Suite 200**<br>**Prairie Village, KS 66207-2521** | **$11,641.50 received in trust** | **9/2020** | **$11,641.50** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **218 W 74th St**<br>**Kansas City, MO 64114** | **3/2019 to 3/2020** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:     Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Big Red LLC**<br>**2104 W 125th St**<br>**Leawood, KS 66209** | **Real estate management** | EIN:      82-4141513<br><br>From-To |

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **DeFrain & Million** **9001 W 110th St** **Ste 260** **Overland Park, KS 66210** | **2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 2, 2020** _____

**/s/ Sean Tarpenning** _____       **Sean Tarpenning** _____
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re **US Real Estate Equity Builder LLC**      Case No.

Debtor(s)     Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $    **11,641.50** |
   | Prior to the filing of this statement I have received | $    **11,641.50** |
   | Balance Due | $    **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor(s) in an adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October  2, 2020** | **/s/ George J Thomas** |
| *Date* | **George J Thomas 19230** |
| | *Signature of Attorney* |
| | **Phillips & Thomas LLC** |
| | **5200 W 94th Terrace  Suite 200** |
| | **Prairie Village, KS 66207-2521** |
| | **913-385-9900** |
| | *Name of law firm* |

---

Aloha LOC
4676 Broadway
2nd Floor
Boulder CO 80304

Anchor
5230 Las Virgenes Rd
Unit 105
Calabasas CA 91302

Anchor
5230 Las Virgenes Rd
Unit 105
Canoga Park CA 91305

Besaid  LLC
16875 SW 65th Ave No 317
Lake Oswego OR 97035

Cabana Properties LLC
9 Fox Vale Ln
Nashville TN 37221

Capital Concepts LLC
16872 SW 65th Ave No 317
Lake Oswego OR 97035

Cherokee Investments
7611 Stte Line rd
Ste 112
Kansas City MO 64114

Christopher Reid Investments
3019 Issawuah Lake Rd
No 215
Sammamish WA 98075

City of Kansas City Missouri
Revenue Division
414 E 12th St
Kansas City MO 64106

Courtney House
3200 W 121st St
Leawood KS 66206

Duggan Shadwick Doerr et al
9101 W 110th St
No 200
Overland Park KS 66210

Erin McKinney
5342 Clark Dr
Mission KS 66205

Ernie Tomas
4302 W 125th Terr
Leawood KS 66209

Evergy
PO Box 219330
Kansas City MO 64121

Fishjack Holdings LLC
38 Clifford St
Glen Wverly
Victoria 3150 Australia

Gatsby Group LLC
2212 Queen Anne Ave
No 137
Seattle WA 98109

Guardians of Travel LLC
PO Box 22866
Kansas City MO 64113

Heavenly Homes & Castles LLC
467 Squaw Brook Rd
Haledon NJ 07508

Internal Revenue Service
Special Procedures Branch
271 W 3rd St N  Ste 3000
STOP 5333 WIC
Wichita KS 67202

IRS
PO Box 7346
Philadelphia PA 19101-7346

Jackson County Collector
Assessment Division
308 W Kansas  Ste 106
Independence MO 64050

James & Vicki Tholen
922 N Chestnut
Iola KS 66749

Johnson County
Delinquent Tax Dept
125 N Cherry
Olathe KS 66061

Johnson County Wastewater
PO Box 219948
Kansas City MO 64121-9948

Kelus LLC
214 Biinalong Rd
Belimbla Park
New South Wales 2570 Australia

Kraan Investments
PO Box 6083
Saint Joseph MO 64506

Kraan Memphis LLC
PO Box 6083
Saint Joseph MO 64506

Lankford & Fendler
1730 Walnut
Kansas City MO 64108

Lima One Capital
201 East McBee Ave
Ste 300
Greenville SC 29601

McDowell Rice Smith Buchanan
605 W 47th St No. 350
Kansas City MO 64112

Metropolitan Housing
PO Box 5322
Kansas City MO 64131

Peerstreet FCI
2121 Park Pl
No 250
El Segundo CA 90245

Water One
10747 Renner Rd
Shawnee Mission KS 66219

Missouri Department of Revenue
Taxation Bureau
PO Box 385
Jefferson City MO 65105-0385

Richard Schlagle
2117 S 11th St
Saint Joseph MO 64503

Winblad
980 E Shoop Rd
Tipp City OH 45371

Missouri Dept of Labor
Division of Employment Securit
PO Box 59
Jefferson City MO 65104

Schneider Bailey
11014 E Truman Rd
Independence MO 64052

Zach LeMaster
1519 Barberry Ridge
Cheyenne WY 82009

Montgomery County Treasurer
451 W 3rd St
PO Box 972
Dayton OH 45422

Sean Tarpenning
2104 W 125th St
Leawood KS 66209

Nate Dunn
PO Box 764
Iola KS 66749

Sepibus US Inv LLC
Chlet Le Hibov
Route DesEsserts 74 Leysin VD
Switzerland 1854

Nate Dunn
5 W 61st Terr
Kansas City MO 64110

Spire
3420 Broadway Blvd
Kansas City MO 64111

Occupant
5338 Clark Dr
Mission KS 66205

Taylor Strategic Loan
7157 171st Ave SE
Bellevue WA 98006

ONB Real Estate Inc
3020 Issaquah Lake Rd
No 215
Sammamish WA 98075

Toshner Holding
2213 Queen Anne Ave
Seattle WA 98109

Peerstreet (FCI)
2121 Park Pl
No 250
El Segundo CA 90246

USA Regrowth Fund LLC
16869 SW 65th Ave No 317
Lake Oswego OR 97035

Peerstreet (FCI)
2121 Park Pl
No 250
El Segundo CA 90240-5000

V. Cairns
4005 SW 22nd St
Blue Springs MO 64015

# United States Bankruptcy Court
## District of Kansas

In re   __US Real Estate Equity Builder LLC__     Case No. _____

                Debtor(s)     Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __October  2, 2020__ _____      __/s/ Sean Tarpenning__ _____

                                                    __Sean Tarpenning__/__President__

                                                    Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re    **US Real Estate Equity Builder LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 2, 2020**

Signature    **/s/ Sean Tarpenning**

**Sean Tarpenning**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Kansas

In re  __US Real Estate Equity Builder LLC__

                      Debtor(s)

Case No.

Chapter  __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __US Real Estate Equity Builder LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__October  2, 2020__

Date

/s/ George J Thomas

__George J Thomas 19230__

Signature of Attorney or Litigant

Counsel for  __US Real Estate Equity Builder LLC__

**Phillips & Thomas LLC**

**5200 W 94th Terrace  Suite 200**
**Prairie Village, KS 66207-2521**
**913-385-9900**