# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re:<br><br>US Real Estate Equity Builder, LLC, and<br>US Real Estate Equity Builder Dayton, LLC<br><br>Debtors. | Case No.: 20-21358-11<br>Chapter 11<br>(Jointly Administered)<br><br>ECF Docket Reference Nos.: 232, 233, 234, 235, 236, 237, 243, 244, 245, 250, 251, 252, and 253 |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 3/18/2021, I did cause a copy of the following documents, described below.

Order Denying Motion to Stay Appointment of Chapter 11 Trustee, ECF Docket Reference No. 232
Final Order Granting Application of Chapter 11 Trustee for Order Authorizing Employment of Spencer Fane LLP as Counsel, ECF Docket Reference No. 233
Final Order Granting Application of Chapter 11 Trustee for Order Authorizing Employment of Coolidge Wall CO., L.P.A. as Special Counsel, ECF Docket Reference No. 234
Final Order Granting Application of Chapter 11 Trustee for Order Authorizing Employment of Berkeley Research Group LLC as Tax and Accounting Professional for Chapter 11 Trustee, ECF Docket Reference No. 235
Order Approving Case Management Procedures (A) Limiting Notice of Applications, Motions, Notices and Other Pleadings, and (B) Establishing a Regular Recurring Omnibus Hearing Date for Non-Evidentiary Matters, and for Related Relief, ECF Docket Reference No. 236
Order Granting Abandonment of Certain Mechanic's Liens, ECF Docket Reference No. 237
Notice of Proposed Abandonment of Real Property, ECF Docket Reference No. 243
Trustee's Motion (No. 3) to Approve (I) Sale of Certain Real Property Free and Clear of All Liens, Interests, Claims and Encumbrances, and (II) Related Relief Pursuant to 11 U.S.C. §§ 105 and 363, ECF Docket Reference No. 244
Notice of Telephonic Hearing on Trustee's Motion (No. 3) to Approve (I) Sale of Certain Real Property Free and Clear of all Liens, Interests, Claims and Encumbrances, and (II) Related Relief Pursuant to 11 U.S.C. §§ 105 and 363, ECF Docket Reference No. 245
Application by Trustee to Employ Mayo Auction and Realty, ECF Docket Reference No. 250
Notice of Telephonic Hearing Application by Trustee to Employ Mayo Aution and Realty, ECF Docket Reference No. 251
Application by Trustee to Employ Real Estate Broker, ECF Docket Reference No. 252
Notice of Telephonic Hearing on Application by Trustee to Employ Agora Realty Group as Real Estate Broker, ECF Docket Reference No. 253
Notice of Telephonic Hearing on Trustee's Amened Motion to Approve (A) One or More Potential Sale(s) of all Assets Free and Clear of Liens, Interests, Claims and Encumbrances and Related Procedures; (B) the Potential Assumption and Assignment of Rejection of Certain Executory Contracts and Unexpired Leases and Related Procedures Pursuant to § 365 and (C) Related Relief Pursuant to 11 U.S.C. § 105
Trustee's Amended Motion to Approve (A) One or More Potential Sale(s) of all Assets Free and Clear of all Liens, Interests, Claims and Encumbrances and Related Procedures (B) the Potential Assumption and Assignment or Rejection of Certain Executory Contracts and Unexpired Leases and Related Procedures Pursuant to 11 U.S.C. § 365 and (C) Related Relief Pursuant to 11 U.S.C. § 105
Notice of Telephonic Hearing on Application by Trustee to Employ Crest Commercial Realty as Real Estate Broker
Application by Trustee to Employ Real Estate Broker

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/19/2021

/s/ *Eric L. Johnson*
Eric L. Johnson     KS #20542
Andrea M. Chase   KS #26307
ejohnson@spencerfane.com
achase@spencerfane.com
1000 Walnut, Suite 1400
Kansas City, MO 64106-2140
(816) 474-8100
(816) 474-3216 – Fax
COUNSEL FOR CHAPTER 11 TRUSTEE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re:<br><br>US Real Estate Equity Builder, LLC, and<br>US Real Estate Equity Builder Dayton, LLC<br><br>Debtors. | Case No.: 20-21358-11<br>Chapter 11<br>(Jointly Administered)<br><br>ECF Docket Reference Nos.: 232, 233, 234, 235, 236, 237, 243, 244, 245, 250, 251, 252, and 253 |

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 3/18/2021, I did cause a copy of the following documents, described below.

Order Denying Motion to Stay Appointment of Chapter 11 Trustee, ECF Docket Reference No. 232
Final Order Granting Application of Chapter 11 Trustee for Order Authorizing Employment of Spencer Fane LLP as Counsel, ECF Docket Reference No. 233
Final Order Granting Application of Chapter 11 Trustee for Order Authorizing Employment of Coolidge Wall CO., L.P.A. as Special Counsel, ECF Docket Reference No. 234
Final Order Granting Application of Chapter 11 Trustee for Order Authorizing Employment of Berkeley Research Group LLC as Tax and Accounting Professional for Chapter 11 Trustee, ECF Docket Reference No. 235
Order Approving Case Management Procedures (A) Limiting Notice of Applications, Motions, Notices and Other Pleadings, and (B) Establishing a Regular Recurring Omnibus Hearing Date for Non-Evidentiary Matters, and for Related Relief, ECF Docket Reference No. 236
Order Granting Abandonment of Certain Mechanic's Liens, ECF Docket Reference No. 237
Notice of Proposed Abandonment of Real Property, ECF Docket Reference No. 243
Trustee's Motion (No. 3) to Approve (I) Sale of Certain Real Property Free and Clear of All Liens, Interests, Claims and Encumbrances, and (II) Related Relief Pursuant to 11 U.S.C. §§ 105 and 363, ECF Docket Reference No. 244
Notice of Telephonic Hearing on Trustee's Motion (No. 3) to Approve (I) Sale of Certain Real Property Free and Clear of all Liens, Interests, Claims and Encumbrances, and (II) Related Relief Pursuant to 11 U.S.C. §§ 105 and 363, ECF Docket Reference No. 245
Application by Trustee to Employ Mayo Auction and Realty, ECF Docket Reference No. 250
Notice of Telephonic Hearing Application by Trustee to Employ Mayo Aution and Realty, ECF Docket Reference No. 251
Application by Trustee to Employ Real Estate Broker, ECF Docket Reference No. 252
Notice of Telephonic Hearing on Application by Trustee to Employ Agora Realty Group as Real Estate Broker, ECF Docket Reference No. 253
Notice of Telephonic Hearing on Trustee's Amened Motion to Approve (A) One or More Potential Sale(s) of all Assets Free and Clear of Liens, Interests, Claims and Encumbrances and Related Procedures; (B) the Potential Assumption and Assignment or Rejection of Certain Executory Contracts and Unexpired Leases and Related Procedures Pursuant to § 365 and (C) Related Relief Pursuant to 11 U.S.C. § 105
Trustee's Amended Motion to Approve (A) One or More Potential Sale(s) of all Assets Free and Clear of all Liens, Interests, Claims and Encumbrances and Related Procedures (B) the Potential Assumption and Assignment or Rejection of Certain Executory Contracts and Unexpired Leases and Related Procedures Pursuant to 11 U.S.C. § 365 and (C) Related Relief Pursuant to 11 U.S.C. § 105
Notice of Telephonic Hearing on Application by Trustee to Employ Crest Commercial Realty as Real Estate Broker
Application by Trustee to Employ Real Estate Broker

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/18/2021

Andrew Baldwin
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on March 18, 2021, I caused a copy of the Order Denying Motion to Stay Appointment of Chapter 11 Trustee, Final Order Granting Application of Chapter 11 Trustee for Order Authorizing Employment of Spencer Fane LLP as Counsel, Final Order Granting Application of Chapter 11 Trustee for Order Authorizing Employment of Coolidge Wall CO., L.P.A. as Special Counsel, Final Order Granting Application of Chapter 11 Trustee for Order Authorizing Employment of Berkeley Research Group LLC as Tax and Accounting Professional for Chapter 11 Trustee, Order Approving Case Management Procedures (A) Limiting Notice of Applications, Motions, Notices and Other Pleadings, and (B) Establishing a Regular Recurring Omnibus Hearing Date for Non-Evidentiary Matters, and for Related Relief, Order Granting Abandonment of Certain Mechanic's Liens, Notice of Proposed Abandonment of Real Property, Trustee's Motion (No. 3) to Approve (I) Sale of Certain Real Property Free and Clear of all Liens, Interests, Claims and Encumbrances, and (II) Related Relief Pursuant to 11 U.S.C. §§ 105 and 363, Notice of Telephonic Hearing on Trustee's Motion (No. 3) to Approve (I) Sale of Certain Real Property Free and Clear of all Liens, Interests, Claims and Encumbrances, and (II) Related Relief Pursuant to 11 U.S.C. §§ 105 and 363, Application by Trustee to Employ Mayo Auction and Realty, Notice of Telephonic Hearing Application by Trustee to Employ Mayo Aution and Realty, Application by Trustee to Employ Real Estate Broker, Notice of Telephonic Hearing on Application by Trustee to Employ Agora Realty Group as Real Estate Broker, Notice of Telephonic Hearing on Trustee's Amened Motion to Approve (A) One or More Potential Sale(s) of all Assets Free and Clear of Liens, Interests, Claims and Encumbrances and Related Procedures; (B) the Potential Assumption and Assignment of Rejection of Certain Executory Contracts and Unexpired Leases and Related Procedures Pursuant to § 365 and (C) Related Relief Pursuant to 11 U.S.C. § 105, Trustee's Amended Motion to Approve (A) One or More Potential Sale(s) of all Assets Free and Clear of all Liens, Interests, Claims and Encumbrances and Related Procedures (B) the Potential Assumption and Assignment or Rejection of Certain Executory Contracts and Unexpired Leases and Related Procedures Pursuant to 11 U.S.C. § 365 and (C) Related Relief Pursuant to 11 U.S.C. § 105, Notice of Telephonic Hearing on Application by Trustee to Employ Crest Commercial Realty as Real Estate Broker, and Application by Trustee to Employ Real Estate Broker to be served by first class, United States mail service, with adequate postage to ensure delivery to:

Besaid  LLC
16875 SW 65th Ave No 317
Lake Oswego OR 97035

Besaid LLC
C/o Motschenbacher & Blattner LLP
117 SW Taylor St Suite 300
Portland, OR 97204-3029

Bradley McCormack
2345 Grand Boulevard
Suite 2150
Kansas City, MO 64108-2665

Cabana Properties LLC
9 Fox Vale Ln
Nashville TN 37221-4516

Capital Concepts LLC
16872 SW 65th Ave No 317
Lake Oswego OR 97035

Capital Concepts, LLC
c/o Motschenbacher & Blattner LLP
117 SW Taylor St Suite 300
Portland, OR 97204-3029

Cherokee Investments
7611 Stte Line rd
Ste 112
Kansas City MO 64114-1696

Christopher Reid
3020 Issaquah Pine Lake Rd SE
#215
Sammamish, WA 98075-7253

Christopher Reid Investments
3019 Issawuah Lake Rd
No 215
Sammamish WA 98075

City of Kansas City Missouri
Revenue Division
414 E 12th St
Kansas City MO 64106-2786

Courtney House
3200 W 121st St
Leawood KS 66209-2130

Cynthia Lemore-Langer, Trustee of the Langer Trust, Successor to Schneider-Bailey
Kelly Tobin
1828 Swift Ave, Suite 101
North Kansas City, MO 64116-3629

Cynthia Schneider Bailey Lemore-Langer
31204 E Lone Jack Lee's Summit Lee's Summit, MO 64086-9135

Deron Anliker
9101 W. 110th Street
Suite 200
Overland Park, KS 66210-1449

Duggan Shadwick Doerr & Kurlbaum LLC
9101 W. 110th Street
Suite 200
Overland Park, KS 66210-1449

Eric L. Johnson
Spencer Fane LLP
1000 Walnut St.
Suite 1400
Kansas City, MO 64106-2168

Erin McKinney
5342 Clark Dr
Mission KS 66205-2401

Ernest J. Tomas
4302 W. 125th Terr
Leawood, KS 66209-2202

Evergy
PO Box 219330
Kansas City MO 64121-9330

Fishjack Holdings LLC
38 Clifford St
Glen Wverly
Victoria 3150 Australia

Forethought Life Insurance Company c/o Micha
10484 Marty St
Overland Park, KS 66212-2559

Gatsby Group LLC
2212 Queen Anne Ave
No 137
Seattle WA 98109-2383

Gatsby Group, LLC
c/o Bradley D. McCormack
2345 Grand Boulevard, Suite 2150
Kansas City, MO 64108-2665

Guardians of Travel LLC
c/o Matthew Mueller
2100 Main Street, Suite 2700
Kansas City, MO 64105-5195

| | | |
|---|---|---|
| Heavenly Homes & Castles LLC<br>467 Squaw Brook Rd<br>Haledon NJ 07508-2791 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jackson County Collector<br>415 E 12th St., Suite 100<br>Kansas City, MO 64106-2706 |
| Jackson County Collector<br>Assessment Division<br>308 W Kansas Ste 106<br>Independence MO 64050-3725 | Jacob Kraan Investments(USA) LLC and<br>Kraan M<br>9-10 Garden Court<br>Narre Warren3805 Australia | Jim and Vickie Tholen<br>923 N.Chestnut St<br>Iola, KS 66749-1851 |
| JOHNSON COUNTY KANSAS<br>ATTN ATTN TAMMY HENDRIX<br>111 S CHERRY STREET<br>SUITE 3200<br>OLATHE KS 66061-3487 | Johnson County<br>Delinquent Tax Dept<br>125 N Cherry<br>Olathe KS 66061-3443 | Joseph and Carolyn Winblad<br>980 E. Shoop Rd.<br>Tipp City, OH 45371-2621 |
| Joseph and Carolyn Winblad<br>Shannon D. Weed<br>1551 N. Waterfront Parkway, Suite 100<br>Wichita, KS 67206-6605 | Kansas City Divisional Office<br>161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101-2448 | Kelus LLC<br>214 Biinalong Rd<br>Belimbla Park<br>New South Wales 2570 Australia |
| Koalas LLC<br>c/o Motschenbacher & Blattner LLP<br>117 SW Taylor St Suite 300<br>Portland, OR 97204-3029 | Kraan Investment (USA) LLC<br>Brian Holland<br>Lathrop GPM LLP<br>2345 Grand Blvd, MO 64108 | Kraan Investments<br>PO Box 6083<br>Saint Joseph MO 64506-0083 |
| Kraan Memphis LLC<br>Brian Holland<br>Lathrop GPM LLP<br>2345 Grand Blvd, Suite 1800<br>Kansas City, MO 64108-2663 | Kraan Memphis LLC<br>PO Box 6083<br>Saint Joseph MO 64506-0083 | Lankford & Fendler<br>1730 Walnut<br>Kansas City MO 64108-1316 |
| LendingHome Funding Corporation as servicer<br>2 Allegheny Center,<br>Nova Tower 2, Suite 200<br>Pittsburgh, PA 15212-5402 | Lima One Capital<br>201 East McBee Ave<br>Ste 300<br>Greenville SC 29601-2884 | McDowell Rice Smith Buchanan<br>605 W 47th St No. 350<br>Kansas City MO 64112-1900 |
| Metropolitan Housing<br>PO Box 5322<br>Kansas City MO 64131-0322 | Metropolitan Housing Development Corporation<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 | Missouri Department of Revenue<br>Bankruptcy Unit<br>PO Box 475<br>Jefferson City, MO 65105-0475 |
| Missouri Department of Revenue<br>Taxation Bureau<br>PO Box 385<br>Jefferson City MO 65105-0385 | Missouri Dept of Labor<br>Division of Employment Securit<br>PO Box 59<br>Jefferson City MO 65104-0059 | Montgomery County Treasurer<br>451 W 3rd St<br>PO Box 972<br>Dayton OH 45422-1000 |
| Nate Dunn<br>5 W 61st Terr<br>Kansas City MO 64113-1448 | Nate Dunn<br>PO Box 764<br>Iola KS 66749-0764 | Nathanial & Lisa Dunne<br>15808 W 150th St<br>Olathe, KS 66062-4777 |

| | | |
|---|---|---|
| Novato LLC<br>c/o Motschenbacher & Blattner LLP<br>117 SW Taylor St Suite 300<br>Portland, OR 97204-3029 | Occupant<br>5338 Clark Dr<br>Mission KS 66205-2401 | ONB Real Estate Inc<br>3020 Issaquah Lake Rd<br>No 215<br>Sammamish WA 98075-7253 |
| Patricia J Friesinger<br>Coolidge Wall Co., L.P.A.<br>33 West First Street<br>Suite 200<br>Dayton, OH 45402-1276 | Peerstreet (FCI)<br>2121 Park Pl<br>No 250<br>El Segundo CA 90245-4781 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PS Funding, Inc.<br>c/o Scott Greenberg<br>Sandberg Phoenix<br>600 Washington Ave., 15th Floor<br>St. Louis, MO 63101-1361 | ReadyCap Lending as servicer for Customers B<br>c/o Sharon L. Stolte<br>Sandberg Phoenix & von Gontard PC<br>4600 Madison Avenue, Suite 1000<br>Kansas City, MO 64112-3042 | Richard Schlagle<br>2117 S 11th St<br>Saint Joseph MO 64503-2719 |
| Russell W. Langdon<br>9852 East 250th Road<br>Paris, IL 61944-7571 | Schneider Bailey<br>11014 E Truman Rd<br>Independence MO 64052-3843 | Sean Tarpenning<br>2104 W 125th St<br>Leawood KS 66209-1382 |
| Sepibus US Inv LLC<br>Chlet Le Hibov<br>Route DesEsserts 74 Leysin VD<br>Switzerland 1854 | Spire<br>3420 Broadway Blvd<br>Kansas City MO 64111-2404 | Spire Missouri FKA Missouri Gas Energy<br>700 Market ST<br>C/O SPIRE BANKRUPTCY<br>SAINT LOUIS, MO 63101-1829 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Taylor Strategic Loan<br>7157 171st Ave SE<br>Bellevue WA 98006-5724 | Taylor Strategic Loan<br>The Sader Law Firm<br>c/o Bradley D. McCormack<br>2345 Grand Boulevard, Suite 2150<br>Kansas City, MO 64108-2665 |
| Toshner Holding<br>2213 Queen Anne Ave<br>Seattle WA 98109-2313 | Toshner Holding<br>c/o Bradley D. McCormack<br>2345 Grand Boulevard, Suite 2150<br>Kansas City, MO 64108-2665 | Troy G. Sexton<br>Motschenbacher & Blattner LLP<br>117 SW Taylor St Suite 300<br>Portland, OR 97204-3029 |
| Twin Properties KC, LLC<br>c/o Zeiler Law LLC<br>2307 NW South Outer Road<br>Ste. 209<br>Blue Springs, MO 64015-7256 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | Unsecured Creditors' Committee<br>c/o Bradley D. McCormack<br>2345 Grand Boulevard<br>Suite 2150<br>Kansas City, MO 64108-2665 |
| US Real Estate Equity Builder LLC<br>440 E 63rd St<br>Kansas City, MO 64110-3328 | USA Regrowth Fund LLC<br>16869 SW 65th Ave No 317<br>Lake Oswego OR 97035-7865 | USA Regrowth Fund LLC<br>c/o Motschenbacher & Blattner LLP<br>117 SW Taylor St Suite 300<br>Portland, OR 97204-3029 |
| V. Cairns<br>4005 SW 22nd St<br>Blue Springs MO 64015-7638 | Vernon Calder<br>Berkeley Research Group LLC<br>201 South Main<br>Suite 450<br>Salt Lake City, UT 84111-2223 | Water One<br>10747 Renner Rd<br>Shawnee Mission KS 66219-9624 |

| | | |
|---|---|---|
| Winblad<br>980 E Shoop Rd<br>Tipp City OH 45371-2621 | Zach LeMaster<br>1519 Barberry Ridge<br>Cheyenne WY 82009-8822 | Aloha LOC<br>4676 Broadway<br>2nd Floor<br>Boulder CO 80304-2219 |
| Anchor<br>5230 Las Virgenes Rd<br>Unit 105<br>Calabasas CA 91302-3447 | Benesch Friedlander et al<br>200 Public Square<br>Ste 2300<br>Cleveland OH 44114-2378 | Bricker & Eckler<br>312 N Patterson Blvd Ste 200<br>Dayton OH 45402-1830 |
| City of Dayton Collector<br>101 W 3rd<br>Dayton OH 45402-1814 | City of Englewood Tax Dept<br>Dayton OH 45432 | City of Middletown<br>One Donham Plaza<br>Middletown OH 45042-1901 |
| City of Oakwood<br>30 Park Ave<br>Dayton OH 45419-3400 | CITY OF TROTWOOD UTILITY DEPARTMENT<br>3035 OLIVE ROAD<br>TROTWOOD, OH 45426-2657 | City of Xenia<br>107 East St<br>Xenia OH 45385 |
| Cynthia Watkins<br>2625 Commons Blvd<br>Dayton OH 45431-3704 | Donald B. Rineer<br>110 N. Main Street<br>Suite 1000<br>Dayton, OH 45402-1738 | Duke Energy<br>1000 E Main St<br>Mil Drop WP 890<br>Plainfield IN 46168-1765 |
| FIG as Custodian for FIG OH18, LLC and Secur<br>PO Box 54226<br>New Orleans, LA 70154-4226 | Greater Cincinatti Water Work<br>4747 Spring Grove Ave<br>Cincinnati OH 45232-1986 | Greene County Collector<br>15 Greene St<br>Xenia OH 45385-3101 |
| Greene County Treasurer<br>15 Greene Street<br>Xenia, OH 45385-3163 | Guardians of Travel, LLC<br>PO Box 22866<br>Kansas City, MO 64113-2866 | Kansas City Divisional Office<br>161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101-2448 |
| Mackaylee Beach<br>c/o Matthew Mueller<br>1100 Main Street, Suite 2700<br>Kansas City, MO 64105-5195 | Matthew Mueller<br>1100 Main Street, Suite 2700<br>Kansas City, MO 64105-5195 | Matthew Mueller<br>Graves Garrett LLC<br>1100 Main Street, Suite 2700<br>Kansas City, MO 64105-5195 |
| McName & McName<br>Joe's Landscaping<br>2625 Commons Blvd<br>Dayton OH 45431-3704 | Montgomery County Environ Serv<br>1850 Spaulding Rd<br>Dayton OH 45432-3732 | Ohio Department of Revenue<br>Taxation Division<br>PO Box 530<br>Columbus OH 43216-0530 |
| Ohio Department of Taxation Bankruptcy Divis<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Only Choice Property Managemen<br>1458 Yankee Park Place<br>Ste 1<br>Dayton OH 45458-1959 | Patch of Land<br>15000 Ventura Blvd<br>Ste 300<br>Sherman Oaks, CA 91403-2443 |

Patricia N. Campbell  
Greene County Treasurer  
15 Greene Street  
Xenia, OH 45385-3163

Peerstreet (FCI)  
2121 Park Pl  
No 250  
Segundo CA 90246

Phoenix Rehabbing  
c/o Auman Mahan & Furry  
110 N Main St Ste 1000  
Dayton OH 45402-3703

Phoenix Rehabbing Construction LLC  
110 N. Main Street  
Suite 1000  
Dayton, OH 45402-1738

PRA Receivables Management, LLC  
PO Box 41021  
Norfolk, VA 23541-1021

PS Funding, Inc.  
c/o Scott Greenberg  
Sandberg Phoenix  
600 Washington Ave., 15th Floor  
St. Louis, MO 63101-1361

Rumpke  
PO Box 538710  
Dayton OH 45432

US Real Estate Equity Builder Dayton LLC  
440 E 63rd St  
Kansas City, MO 64110-3328

USA Regrowth Fund LLC  
c/o Motschenbacher & Blattner LLP  
117 SW Taylor St Suite 300  
Portland, OR 97204-3029

Vincent Toran  
c/o John D McClure  
125 E Court St Ste 1000  
Cincinnati OH 45202-1227

Agora Realty Group  
1436 Yankee Park Place  
Suite A  
Dayton, OH 45458-1893

American Express National Bank  
c/o Becket and Lee LLP  
PO Box 3001  
Malvern  PA 19355-0701

Aloha Capital, LLC  
c/o Matt Moriarity  
Polsinelli PC  
900 W. 48th Place, Suite 900  
Kansas City, MO 64112-1899

Anchor Assets V, LLC  
One Baxter Way, Suite 220  
Thousand Oaks, CA 91362-3889

Benjamin L Tompkins  
Kennyhertz Perry LLC  
2000 Shawnee Mission Parkway, Suite  
210 Mission Woods, KS 66205-3604

Benesch, Friedlander, Coplan & Aronoff LLP  
1313 N. Market Street  
Suite 1201  
Wilmington, DE 19801-1151