|   |   |   |   |
|---|---|---|---|
| AO 436KS (Rev. 12/16) | **Administrative Office of the United States Courts** <br> **Digital Recording Order** | | |

*Read Instructions on Next Page.*

| 1. Name <br> Matthew Mueller | 2. Phone Number <br> 816-256-3181 | 3. Date <br> 07/02/2021 | |
|---|---|---|---|
| 4. Mailing Address <br> 1100 Main Street, Suite 2700 | 5. City <br> Kansas City | 6. State <br> MO | 7. Zip Code <br> 64105 |
| 8. Case Number <br> 20-21358 | 9. Case Name <br> In Re USREEB LLC et al | Date of Proceedings | |
| | | 10. 05/06/2021 | 11. 05/06/2021 |
| 12. Presiding Judicial Official <br> Judge Robert D. Berger ▼ <br> (click arrow to select) | | Location of Proceedings | |
| | | 13. Kansas City ▼ <br> (click arrow to select) | 14. Kansas |

15. Order for
- ☐ Appeal
- ☐ Non-appeal
- ☐ Criminal
- ☐ Civil
- ☐ Criminal Justice Act
- ☐ In Forma Pauperis
- ☒ Bankruptcy
- ☐ Other (Specify)

16. CD Requested (Specify Portion(s) and Date of Proceeding(s) for Which Duplicate Recording(s) Are Requested.)

| Portion(s) | Date | Portion | Date |
|---|---|---|---|
| ☒ Opening Statement (Plaintiff) | 05/06/2021 | ☒ Testimony (Specify Witness) <br> Eric Johnson | 05/06/2021 |
| ☒ Opening Statement (Defendant) | 05/06/2021 | | |
| ☒ Closing Argument (Plaintiff) | 05/06/2021 | ☒ Pre-trial Proceeding (Specify) | 05/06/2021 |
| ☒ Closing Argument (Defendant) | 05/06/2021 | | |
| ☒ Opinion of Court | 05/06/2021 | ☒ Other (Specify) <br> We want everything please. | 05/06/2021 |

17. Order

|  | No. Copies | Costs |
|---|---|---|
| ☐ Duplicate CD(s) for Playback on Liberty Player (Copied to CD) | | |
| ☐ Duplicate CD(s) for Playback on Windows Media Player | 1 | @ $32.00 ea. |
| ☒ Send Requested Audio via E-mail (subject to length of selection) <br>   Choose audio file format: <br>   ☐ Windows Media Player   ☒ Liberty Player <br> Delivery E-mail Address <br> mmueller@gravesgarrett.com | | |
| **CERTIFICATION (18. & 19.)** <br> By signing below, I certify that I will pay all charges upon completion of the order. | | |
| 18. Signature <br> Matthew Mueller | Estimate Total | 32.00 |
| 19. Contact E-mail Address <br> rbadell@gravesgarrett.com | 20. Date <br> 07/02/2021 | |
| Processed by | Phone Number | |

|  | Date | By | | |
|---|---|---|---|---|
| Order Received | | | Deposit Paid | |
| Deposit Paid | | | Total Charges | 32.00 |
| CD Duplicated | | | | |
| Ordering Party Notified To Pick up CD | | | | |
| Party Received CD | | | Total Due | $32.00 |

AO 436KS
(Rev. 03/16)

<strong>INSTRUCTIONS</strong><br><strong>GENERAL</strong>

**Use.** Use this form to order a copy of the recording of proceedings. Complete a separate order form for each case number and date for which a recording is ordered.

**Completion**. Complete Items 1-20. Do *not* complete shaded areas which are reserved for the court's use.

**Order Copy.** Keep a copy for your records.

**Electronically File, Mail, or Deliver to the Court.** The completed form should typically be electronically filed using CM/ECF. If you are not authorized to file documents electronically then mail or deliver the original and one copy to the Clerk of Court.

**Delivery Time.** Delivery time is computed from the date the deposit fee was received by the court.

**Completion of Order.** The court will notify you when the order is completed.

<strong>SPECIFIC</strong>

| | |
|---|---|
| Items 1-20. | These items should always be completed. |
| Item 8. | Only one case number and only one date may be listed per order. |
| Item 15. | Place an "X" in each box that applies. |
| Item 16. | Check specific portion and list specific date of the proceedings for which a copy is requested. |
| Item 17. | Place an "X" in each box that applies. Indicate the number of additional copies ordered. |
| Item 18. | Sign in this space to certify that you will pay all charges upon submission of the order. |
| Item 19. | Enter the contact e-mail address |
| Item 20. | Enter the date of signing. |
| Shaded Area. | Reserved for the court's use. |

AO 436