IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: )
)
US Realty Equity Builders LLC, ) Case No. 20-21358
) Chapter 11
)
Debtor. )

**KRAAN ENTITIES' DESIGNATION OF ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

Kraan Investments (USA) LLC ("Kraan USA") and Kraan Memphis LLC ("Kraan Memphis" and together with Kraan USA, the "Kraan Entities"), pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following items, together with all attachments and exhibits thereto, for inclusion in the record on appeal:

| **Bankruptcy Docket No.** | **Document** | **Date Filed** |
|---|---|---|
| 1 | Voluntary Chapter 11 Bankruptcy Petition of US Realty Equity Builder LLC | 10/02/2020 |
| 85 | United States Trustee's Motion to Appoint Chapter 11 Trustee | 11/23/2020 |
| 113 | Order Granting Motion to Appoint Chapter 11 Trustee | 12/02/2020 |
| 134 | Order Approving Appointment of Eric L. Johnson as Chapter 11 Trustee | 12/10/2020 |
| 595 | Motion for Relief From the Automatic Stay to Make Nominal Demand Upon Debtor U.S. Real Estate Equity Builder LLC | 04/01/2022 |
| 618 | Creditor and Party in Interest Sean Tarpenning's Objection to Movant's Motion for Relief From the Automatic Stay to Make Nominal Demand Upon Debtor U.S. Real Estate Equity Builder LLC | 04/22/2022 |
| 622 | Reply in Support of Motion for Relief From the Automatic Stay to Make Nominal Demand Upon Debtor U.S. Real Estate Equity Builder LLC | 05/06/2022 |
| 638 | Courtroom Minute Sheet from June 7, 2022 hearing | 06/07/2022 |

| 639 | Transcript of June 7, 2022 for Hearing on Motion for Relief From the Automatic Stay to Make Nominal Demand Upon Debtor U.S. Real Estate Equity Builder LLC | 06/10/2022 |
| 645 | Order Denying Motion for Relief From Stay Without Prejudice | 06/22/2022 |
| Claim 14 | Proof of Claim of Kraan Memphis LLC | 11/19/2020 |
| Claim 15 | Proof of Claim of Kraan Investments (USA) LLC | 11/19/2020 |

Dated: July 20, 2022

Respectfully submitted,

LATHROP GPM LLP

/s/ Stephen K. Dexter
Stephen K. Dexter KS #20331
1515 Wynkoop Street, Suite 600
Denver, CO 80202
Telephone: (720) 931-3228
Telecopier: (720) 931-3201
Email: stephen.dexter@lathropgpm.com

And

Brian M. Holland KS # 19989
William J. Maloney KS # 17456
2345 Grand Boulevard., Suite 2200
Kansas City, MO 64108
Telephone: (816) 292-2000
Telecopier: (816) 292-2001
Email: brian.holland@lathropgpm.com
williamjeffrey.maloney@lathropgpm.com

ATTORNEYS FOR CREDITORS KRAAN INVESTMENTS (USA) LLC AND KRAAN MEMPHIS LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed on July 20, 2022, and that a true and correct copy was served through this Court's CM/ECF system to all parties receiving notice thereby.

/s/ Stephen K. Dexter