# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| US Realty Equity Builders LLC, | ) | Case No. 20-21358 |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## KRAAN ENTITIES' STATEMENT OF ISSUE FOR APPEAL

Kraan Investments (USA) LLC ("Kraan USA") and Kraan Memphis LLC ("Kraan Memphis" and together with Kraan USA, the "Kraan Entities"), pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1), hereby states the issue to be presented on appeal:

1. Whether the bankruptcy court erred in denying the Kraan Entities' motion for relief from the automatic stay to make nominal demand on the Debtor when the effect of denial was to extend the automatic stay to a third-party guarantor even though no unusual circumstances justifying extension of the stay to said guarantor were present.

///

Dated: July 20, 2022

                Respectfully submitted,

                LATHROP GPM LLP

                /s/ Stephen K. Dexter
                Stephen K. Dexter KS #20331
                1515 Wynkoop Street, Suite 600
                Denver, CO 80202
                Telephone: (720) 931-3228
                Telecopier: (720) 931-3201
                Email: stephen.dexter@lathropgpm.com

                And

                Brian M. Holland KS # 19989
                William J. Maloney KS # 17456
                2345 Grand Boulevard., Suite 2200
                Kansas City, MO 64108
                Telephone: (816) 292-2000
                Telecopier: (816) 292-2001
                Email: brian.holland@lathropgpm.com
                       williamjeffrey.maloney@lathropgpm.com

                ATTORNEYS FOR CREDITORS KRAAN
                INVESTMENTS (USA) LLC AND KRAAN
                MEMPHIS LLC

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was filed on July 20, 2022, and that a true and correct copy was served through this Court's CM/ECF system to all parties receiving notice thereby.

                /s/ Stephen K. Dexter

2