Form odefo  (Revised 06/2017)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 20−21358                    Chapter: 7

In re:

US Real Estate Equity Builder LLC
440 E 63rd St
Kansas City, MO 64110

EIN: 46−4263014

**ORDER TO CORRECT DEFECTIVE DOCUMENT(S)**

| Filed and Entered By The Court |
|---|
| 11/1/23 |
| David D. Zimmerman |
| Clerk of Court |
| US Bankruptcy Court |

The following document was filed in this matter and is defective for the following reason(s):

*Doc. 890* – Notice of Objection Deadline. Proposed Hearing to be held 12/14/2023 at 1:46 PM. Certificate of Service on 10/27/2023. Filed by Ryan A Blay on behalf of FIG OH18, LLC (RE: related document(s)889 Amended Motion to Compel Payoff to FIG OH18, LLC to satisfy lien(s) from the Estate Filed on behalf of Creditor FIG OH18, LLC, with Certificate of Service.) Objections due by 11/17/2023. (Blay, Ryan)

**The incorrect hearing date is listed on the notice. This case is assigned to Judge Berger.**

The Court will take no further action and no hearing will be scheduled until the filer corrects the above−described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 893 − 890

s/  Robert D. Berger
Judge, United States Bankruptcy Court