IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
)
US REAL ESTATE EQUITY BUILDER LLC, ) Case No. 20-21358-7 (RDB)
)
Debtor. )

**OBJECTION BY CHRISTOPHER J. REDMOND, CHAPTER 7 TRUSTEE, TO MOTION OF FIG AS CUSTODIAN FOR FIG OH18, LLC TO COMPEL US REAL ESTATE EQUITY BUILDER LLC TO PAY FOR A TAX CERTIFICATE FOR REAL PROPERTY ASSOCIATED WITH <u>U.S. REAL ESTATE EQUITY BUILDER DAYTON LLC</u>**

COMES NOW Christopher J. Redmond, Chapter 7 Trustee of the bankruptcy estate of US Real Estate Equity Builder LLC ("USREEB"), and for his Objection to the Motion to Compel Payment of Lien filed by creditor, FIG as Custodian for FIG OH18, LLC, states as follows:

1. US Real Estate Equity Builders, LLC filed its Voluntary Petition under Chapter 11 of the Bankruptcy Code on October 2, 2020 (Doc. #1). Pursuant to this Court's Order of December 10, 2020, Eric L. Johnson was appointed as Chapter 11 Trustee of Debtor, USREEB (Doc. #134).

2. On September 8, 2022, this Court entered its Order Granting the Chapter 11 Trustee's Motion to Convert Case to Chapter 7 (Doc. #700). At that time, Christopher J. Redmond was appointed as the Chapter 7 Trustee for USREEB and continues to act in the capacity of Chapter 7 Trustee for USREEB.

3. On October 27, 2023, FIG filed its Motion to Compel Payment of Lien (Doc. #889). By such Motion, FIG requests that the Court direct payment of a certain Tax Certificate on property commonly known as 1933-1935 Riverside Drive, Parcel No. R72 06111 0020 ("Real Property").

4. The Real Property sold and for which FIG asserts that the Tax Certificate applies does not involve the Debtor herein, USREEB.

5. That FIG, by and through its counsel, has not demonstrated any obligation owed by USREEB concerning the issues outlined in FIG's Motion.

6. The Chapter 7 Trustee called counsel for FIG to discuss FIG's Motion. At that time, the Trustee asked counsel for FIG to provide the basis for its claim against USREEB. Counsel for FIG related that the Tax Certificate was not paid for which FIG is owed.

7. FIG's Motion fails to set forth any basis upon which USREEB has any obligation to FIG.

WHEREFORE, the Chapter 7 Trustee of US Real Estate Equity Builder LLC requests that the Motion to Compel Payment of Lien filed by FIG as Custodian for FIG OH18, LLC be denied and disallowed as to USREEB and for such other and further orders as the Court deems just and appropriate.

Dated this 14th day of November, 2023.

Respectfully submitted,

*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, KS BAR NO. 07307
REDMOND LAW FIRM LLC
13220 Metcalf Avenue, Suite 310
Overland Park, KS 66213
Telephone: 913-379-1100
Fax: 913-379-1109
christopher.redmond@christopherredmondlawfirm.com

*CHAPTER 7 TRUSTEE*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 14th day of November, 2023, the above and foregoing document was filed electronically using CM/ECF and a true and correct copy of this document was served as follows:

__X__   upon filing, the CM/ECF system sent notification to:

U.S. Trustee
ustpregion20.wi.ecf@usdoj.gov

Christopher Allman on behalf of Creditor Internal Revenue Service
chris.allman@usdoj.gov, tom.boling@usdoj.gov, timothy.m.evans@usdoj.gov, caseview.ecf@usdoj.gov

Richard M. Beheler on behalf of Creditor Legacy POL LLC #201500001
Richard.Beheler@southlaw.com, emily.burrows@southlaw.com

Ryan A Blay on behalf of Creditor Metropolitan Housing Development Corporation
blay@wagonergroup.com, bankruptcy@wagonergroup.com
blayrr52985@notify.bestcase.com, wmlecf@gmail.com

Ryan A Blay on behalf of Creditor Brad Henrichs
blay@wagonergroup.com, bankruptcy@wagonergroup.com
blayrr52985@notify.bestcase.com, wmlecf@gmail.com

Ryan A Blay on behalf of Creditor Chris Mayberry
blay@wagonergroup.com, bankruptcy@wagonergroup.com
blayrr52985@notify.bestcase.com, wmlecf@gmail.com

Ryan A Blay on behalf of Creditor James Tholen
blay@wagonergroup.com, bankruptcy@wagonergroup.com
blayrr52985@notify.bestcase.com, wmlecf@gmail.com

Ryan A Blay on behalf of Creditor Nathan Dunne
blay@wagonergroup.com, bankruptcy@wagonergroup.com
blayrr52985@notify.bestcase.com, wmlecf@gmail.com

Ryan A Blay on behalf of Creditor FIG OH18, LLC
blay@wagonergroup.com, bankruptcy@wagonergroup.com
blayrr52985@notify.bestcase.com, wmlecf@gmail.com

Stewart Charles Bogart on behalf of Creditor Access Investment Holdings, LLC
bkty@msfirm.com, SBogart@ecf.courtdrive.com

Stewart Charles Bogart on behalf of Creditor Anchor Loans, LP
bkty@msfirm.com, SBogart@ecf.courtdrive.com

Adam Grissom Breeze on behalf of Creditor Anchor Loans, LP
bkty@msfirm.com, abreeze@ecf.courtdrive.com

Andrea M Chase on behalf of Plaintiff Christopher J. Redmond
achase@spencerfane.com, lwright@spencerfane.com,
klove@spencerfane.com, Bankruptcy@spencerfane.com

Andrea M Chase on behalf of Plaintiff Steven R. Rebein, Trustee
achase@spencerfane.com, lwright@spencerfane.com,
klove@spencerfane.com, Bankruptcy@spencerfane.com

Andrea M Chase on behalf of Trustee Christopher J. Redmond
achase@spencerfane.com, lwright@spencerfane.com,
klove@spencerfane.com, Bankruptcy@spencerfane.com

Andrea M Chase on behalf of Trustee Steven R. Rebein
achase@spencerfane.com, lwright@spencerfane.com,
klove@spencerfane.com, Bankruptcy@spencerfane.com

Andrea M Chase on behalf of U.S. Trustee
achase@spencerfane.com, lwright@spencerfane.com,
klove@spencerfane.com, Bankruptcy@spencerfane.com

Stephen K. Dexter on behalf of Creditor Jacob Kraan Investment (USA) LLC
and Kraan Memphis LLC
sdexter@lathropgpm.com, chuffman@lathropgpm.com

Cynthia C. Dunham on behalf of Creditor Legal Board of County Commissioners of
Johnson County, Kansas
cynthia.dunham@jocogov.org.

Michael P. Gaughan on behalf of Attorney Forethought Life Insurance Company c/o
Michael P. Gaughan
mgaughan@lewisricekc.com, vlbates@lewisricekc.com

Colin N. Gotham on behalf of Creditor 1 Big Red LLC
Cgotham@emlawkc.com, shelbi@emlawkc.com

Scott Greenberg on behalf of Creditor PS Funding Inc.
sgreenberg@sandbergphoenix.com, rhileman@sandbergphoenix.com

Edward Dean Greim on behalf of Creditor Guardians of Travel, LLC
edgreim@gravesgarrett.com, rbadell@gravesgarrett.com

Edward Dean Greim on behalf of Creditor Mackaylee Beach
edgreim@gravesgarrett.com, rbadell@gravesgarrett.com

Eric L. Johnson on behalf of Plaintiff Christopher J. Redmond
ejohnson@spencerfane.com, achase@spencerfane.com, fmorris@spencerfane.com, bankruptcy@spencerfane.com, fmorris@spencerfane.com

Eric L. Johnson on behalf of Plaintiff Steven R. Rebein, Trustee
ejohnson@spencerfane.com, achase@spencerfane.com, fmorris@spencerfane.com, bankruptcy@spencerfane.com, fmorris@spencerfane.com

Eric L. Johnson on behalf of Trustee Christopher J. Redmond
ejohnson@spencerfane.com, achase@spencerfane.com, fmorris@spencerfane.com, bankruptcy@spencerfane.com, fmorris@spencerfane.com

Eric L. Johnson on behalf of Trustee Steven R. Rebein
ejohnson@spencerfane.com, achase@spencerfane.com, fmorris@spencerfane.com, bankruptcy@spencerfane.com, fmorris@spencerfane.com

Richard A Kear on behalf of U.S. Trustee
richard.kear@usdoj.gov

Cynthia M Kern Woolverton on behalf of Creditor Anchor Assets V, LLC
bkty@msfirm.com, cwoolverton@ecf.courtdrive.com

Cynthia M Kern Woolverton on behalf of Creditor Anchor Fund, LLC
bkty@msfirm.com, cwoolverton@ecf.courtdrive.com

Cynthia M Kern Woolverton on behalf of Creditor Anchor Loans, LP
bkty@msfirm.com, cwoolverton@ecf.courtdrive.com

Erlene W Krigel
ekrigel@krigelandkrigel.com, jdulle@krigelandkrigel.com

Susan L Lissant on behalf of Creditor Missouri Department of Revenue
ks@dor.mo.gov

Elizabeth S Lynch on behalf of Creditor Sean Tarpenning
lynch@lynchsharp.com, shannon@tfpokc.com

William J Maloney on behalf of Creditor Jacob Kraan Investments (USA) LLC and Kraan Memphis LLC
williamjeffrey.maloney@lathropgpm.com, kellie.bennett@lathropgpm.com

Bradley D McCormack on behalf of Creditor Toshner Holding
bmccormack@saderlawfirm.com, rvasquez@saderlawfirm.com, 5118@notices.nextchapterbk.com

Bradley D McCormack on behalf of Unsecured Creditors' Committee
bmccormack@saderlawfirm.com, rvasquez@saderlawfirm.com, 5118@notices.nextchapterbk.com

Matthew R Moriarity on behalf of Creditor Aloha Capital, LLC
mmoriarity@polsinelli.com, tbackus@polsinelli.com, docket@polsinelli.com

Matthew Richard Mueller on behalf of Creditor Guardians of Travel, LLC
mmueller@gravesgarrett.com, ecf@gravesgarrett.com

Matthew Richard Mueller on behalf of Creditor Mackaylee Beach
mmueller@gravesgarrett.com, ecf@gravesgarrett.com

Justin M Nichols on behalf of Defendant JP Morgan Chase Bank, N.A. Dba Chase, Cardmemer Service, Chase Sapphire
justin.nichols@kutakrock.com, rachel.holt@kutakrock.com, kansascity.litigationdocketing2@kutakrock.com

Larry A Pittman, II on behalf of Interested Party Twin Properties KC, LLC
lpittman@sandbergphoenix.com, pittmannotices@gmail.com

Pamela R Putnam on behalf of Creditor Lima One Capital, LLC
pputnam@atllp.com, BKdeptmailbox@atllp.com

Steven R Rebein on behalf of Creditor Bankruptcy Estate USREEB Dayton, LLC
ftaylor@grimesandrebein.com, srebein@ecf.axosfs.com

Steven R. Rebein on behalf of Trustee Steven R. Rebein
srebein@grimesandrebein.com

Jordan M Sickman on behalf of U.S. Trustee
jordan.sickman@usdoj.gov

Janice E Stanton on behalf of Creditor Cortney House
jstanton@sr-lawfirm.com, jmarcus@sr-lawfirm.com

Sharon L Stolte on behalf of Creditor PS Funding Inc.
sstolte@sandbergphoenix.com, stoltesr93346@notify.bestcase.com

Sharon L Stolte on behalf of Creditor ReadyCap Lending as servicer for Customers Bank
sstolte@sandbergphoenix.com, stoltesr93346@notify.bestcase.com

6 | Page

Case 20-21358    Doc# 896    Filed 11/14/23    Page 6 of 7

George J. Thomas on behalf of Debtor US Real Estate Equity Builder Dayton LLC
geojthomas@gmail.com, john504pir@aol.com,
johnphillipsattorney@gmail.com,

George J. Thomas on behalf of Debtor US Real Estate Equity Builder LLC
geojthomas@gmail.com, john504pir@aol.com,
johnphillipsattorney@gmail.com,

Kelly C. Tobin on behalf of Creditor Cynthia Schneider Bailey
ktobin@mtrlaw.net

Benjamin Lee Tompkins on behalf of Creditor Sean Tarpenning
ben@kennyhertzperry.com, docketing@kennyhertzperry.com

Shannon D. Wead on behalf of Creditor Joseph and Carolyn Winblad
swead@foulston.com, sharris@foulston.com, amalloy@foulston.com

David L. Zeiler on behalf of Interested Party Twin Properties KC, LLC
dzeiler@zeilerlawfirm.net, dzeiler@zeilerlawfirm.net

and, any and all other parties, if any, participating in the CM/ECF system in this matter as shown within the receipt generated at the time of the filing of this Notice.

                                                     */s/ Karen Shackelford*
                                                     Karen Shackelford